UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BILLY EUGENE CONN,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | 4:16-CV-4087-KES<br><br>JUDGMENT |

　　　Pursuant to the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus, it is

　　　ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against petitioner, Billy Eugene Conn.

　　　Dated August 17, 2016.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　*/s/ Karen E. Schreier*　　　　　　　　　
　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE